```
 1 │ JOHN L. BURRIS, Esq./ State Bar #69888
   │ BENJAMIN NISENBAUM, Esq./State Bar #222173
 2 │ LAW OFFICES OF JOHN L. BURRIS
   │ Airport Corporate Centre
 3 │ 7677 Oakport Street, Suite 1120
   │ Oakland, California 94621
 4 │ Telephone: (510) 839-5200
   │ Facsimile:  (510) 839-3882
 5 │
   │ RICHARD CRITCHLOW, Esq./ Sate Bar #37421
 6 │ ROBERT DISKINT, Esq./ State Bar #88232
   │ CRITCHLOW & DISKINT, LLP
 7 │ 100 Drakes Landing Road, Suite 305
   │ Greenbrae, CA 94904
 8 │ Telephone: (415) 925-1000
   │ Facsimile: (415) 925-0444
 9 │
   │ Attorneys for Plaintiffs
10 │
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARCIA, JR, individually, and as Personal Representative of the Estate of Ramiro Garcia; R.G., a minor, by and through her Guardian Ad Litem, Corina Torrez; RUBEN GARCIA; and ALICIA GARCIA, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF STANISLAUS, a municipal corporation; ADAM CHRISTIANSON, in his capacity as Sheriff for the COUNTY OF STANISLAUS; M. FISHER, individually and in his capacity as a deputy sheriff for the COUNTY OF STANISLAUS; S. WATSON, individually, and in his capacity as a deputy sheriff for the COUNTY OF STANISLAUS; T. SCHWARTZ, individually and his capacity as a deputy sheriff for the COUNTY OF STANISLAUS; T. SILCOX, individually, and in his capacity as a deputy sheriff for the COUNTY OF STANISLAUS; and DOES 1-25, inclusive, <br><br> Defendants. <br> _____/ | Case No. 2-07-cv-01541 LKK KJM <br><br> **MOTION AND ORDER TRANSFERRING VENUE TO FRESNO COURTHOUSE** <br><br> 1:07-cv-1376 LJO SMS |

## MOTION

Local Rule 3-120(d) provides that any action arising in Stanislaus County shall be commenced in the United States District Courthouse sitting in Fresno. The instant matter was erroneously filed in the United States District Courthouse sitting in Sacramento. The events giving rise to the instant matter occurred in the City of Patterson, located in Stanislaus County. Plaintiffs therefore request that the Court transfer this matter pursuant to Local Rule 3-120(f) to the United States District Courthouse sitting in Fresno.

Respectfully submitted,

Dated: September 14, 2007

**The Law Offices of John L. Burris**

/s/ John L. Burris
John L. Burris, Esq.
Attorney for Plaintiffs

## (Proposed) ORDER

Pursuant to Plaintiffs' motion and Local Rules 3-120(d) and (f), the Court hereby orders that the instant matter, which arose in the County of Stanislaus, be transferred to the United States District Courthouse sitting in Fresno.

Dated: September 18, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

MOTION AND PROPOSED ORDER TRANSFERRING VENUE
Case No. 2-07-cv-01541 LKK KJM