| | |
|---|---|
| JOHN L. BURRIS, Esq./ State Bar #69888<br>BENJAMIN NISENBAUM, Esq./State Bar #222173<br>LAW OFFICES OF JOHN L. BURRIS<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, California 94621<br>Telephone: (510) 839-5200  Facsimile:  (510) 839-3882<br><br>RICHARD CRITCHLOW, Esq./ Sate Bar #37421<br>ROBERT DISKINT, Esq./ State Bar #88232<br>CRITCHLOW & DISKINT, LLP<br>100 Drakes Landing Road, Suite 305<br>Greenbrae, CA 94904<br>Telephone: (415) 925-1000   Facsimile:  (415) 925-0444<br>Attorneys for Plaintiffs<br><br>DAN FARRAR, Esq. SBN 155217<br>Attorney at law<br>P.O. Box 3382<br>Turlock, CA 95381<br>Telephone:  (209) 634-5500   Facsimile:  (209) 634-5556<br>Attorney for Defendants | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARCIA, JR, individually, and as Personal Representative of the Estate of Ramiro Garcia; R.G., a minor, by and through her Guardian Ad Litem, Corina Torrez; RUBEN GARCIA; and ALICIA GARCIA,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, a municipal corporation; ADAM CHRISTIANSON, in his capacity as Sheriff for the COUNTY OF STANISLAUS; M. FISHER, individually and in his capacity as a deputy sheriff for the COUNTY OF STANISLAUS; S. WATSON, individually, and in his capacity as a deputy sheriff for the COUNTY OF STANISLAUS; T. SCHWARTZ, individually and his capacity as a deputy sheriff for the COUNTY OF STANISLAUS; T. SILCOX, individually, and in his capacity as a deputy sheriff for the COUNTY OF STANISLAUS; and DOES 1-25, inclusive,<br><br>        Defendants.<br>_____/ | Case No. 1:07-cv-01376 LJO SMS<br><br>**STIPULATION AND ORDER MODIFYING PRE-TRIAL SCHEDULING ORDER** |

## STIPULATION

The undersigned parties, including all parties to the above-entitled action, through counsel, STIPULATE and AGREE and jointly respectfully request modification of the Court's December 4, 2007 Order of Consolidation and Status (Pretrial Scheduling) Order, as follows, based on good cause as discussed herein.

The Court ordered in its Pre-Trial Scheduling Order that all experts shall exchange designated expert and FRCP 26 expert reports by March 6, 2009. At present, the depositions of two defendant deputies (Deputy Silcox and Deputy Watson) remain to be taken. Those depositions are currently noticed for March 10, 2009. All remaining depositions of Plaintiffs, Defendant Deputies, and percipient witnesses have been taken. Such that retained experts may be fully prepared to render their FRCP 26 expert reports based upon a complete record of discovery, including the two outstanding depositions to be taken of Defendant Deputies Silcox and Watson, the parties jointly propose that the Court's Pretrial Scheduling Order be modified so that Expert Designations and reports are to be exchanged by the parties, no later than March 31, 2009. The parties do not anticipate the requested extension will impact any other dates, other than supplemental expert witness disclosures currently set for March 30, 2009, which shall be extended to April 20, 2009. Expert witness discovery shall close as previously set by the Court's Scheduling Order on June 1, 2009. No other dates set by the Court's Pre-Trial Scheduling Order shall be affected by the instant Stipulation.

Respectfully submitted,

STIPULATED AND AGREED:

Dated: March 3, 2009           LAW OFFICE OF JOHN L. BURRIS

By:/s/ Benjamin Nisenbaum
BENJAMIN NISENBAUM
Attorneys for Plaintiffs

Dated: March _3_, 2009          DAN FARRAR, ESQ.


By: /s/ Dan Farrar
DAN FARRAR
Attorney for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

PURSUANT TO STIPULATION, good cause based on the necessity of the parties' expert witnesses to have a complete record of discovery, including the completed depositions of Defendant Deputies Silcox and Watson, and for expert witnesses to be fully prepared upon designation and exchange of expert witness reports, the Court hereby grants the parties' stipulation and orders the following modifications to the Pretrial Scheduling Order in the above-noted matter:

Expert witness designations and reports shall be exchanged not later than March 30, 2009.

Supplemental Expert witness disclosures shall occur not later than April 20, 2009.

Expert discovery shall close as previously ordered by the Court on June 1, 2009.

NO OTHER DATES SHALL be affected by the Court's Modification of its Pretrial Scheduling Order.

**IT IS SO ORDERED.**

Dated: 3/9/2009              /s/ Sandra M. Snyder
                             Honorable Sandra M. Snyder
                             UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com