# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARCIA, JR., individually and as Personal Representative of the Estate of Ramiro Garcia, R.G., a minor, by and through her guardian ad litem, Corina Torrez, RUBEN GARCIA and ALICIA GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS,<br>M. FISCHER, S. WATSON,<br>T. SCHWARTZ, and T. SILCOX,<br><br>Defendants.<br>_____/ | CASE NO. CV F 07-1376 LJO SMS<br><br>**ORDER ON MOTION TO DISMISS DEFENDANT** |

This matter came on for trial on September 14, 2009. The Court conducted a hearing on pretrial matters in advance of enpaneling the jury. Plaintiffs Ramiro Garcia, Jr., R.G., Ruben Garcia, and Alicia Garcia ("plaintiffs") appeared by counsel Benjamin Nisenbaum. Defendants County of Stanislaus, Sheriff Adam Christianson, M. Fischer, S. Watson, T. Schwartz, and T. Silcox ("defendants") appeared by counsel Dan Farrar.

For good cause shown, and based upon the discussion and oral argument on the record on September 14, 2009, defendant Adam Christianson is dismissed from this action.

For good cause shown, and based upon the discussion and oral argument on the record on September 14, 2009, the fifth and sixth causes of action are dismissed.

IT IS SO ORDERED.

**Dated:   September 16, 2009**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE