1

2

3

4

5            **IN THE UNITED STATES DISTRICT COURT**

6            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8   RAMIRO GARCIA, JR., individually and as          CASE NO. CV F 07-1376  LJO SMS
    Personal Representative of the Estate of
9   Ramiro Garcia, RUBY GARCIA,                      **ORDER ON MOTION TO DISMISS**
    RUBEN GARCIA and ALICIA GARCIA,                  **DEFENDANT COUNTY OF STANISLAUS**
10

11                    Plaintiffs,

12          vs.

13  COUNTY OF STANISLAUS,
    M. FISCHER, S. WATSON,
14  and T. SCHWARTZ,

15                    Defendants.
    _____/
16

17          This matter came on for the second phase of trial on September 21, 2009 for claims arising under

18  *Monell v. New York City Dept. of Social Servs.*  Plaintiffs Ramiro Garcia, Jr., R.G., Ruben Garcia, and

19  Alicia Garcia ("plaintiffs") appeared by counsel Benjamin Nisenbaum.  Defendants County of Stanislaus,

20  M. Fischer, S. Watson, and T. Schwartz ("defendants") appeared by counsel Dan Farrar.

21          For good cause shown, and based upon the discussion and oral argument on the record on

22  September 21, 2009, defendant County of Stanislaus is dismissed from this action.

23  IT IS SO ORDERED.

24  **Dated:    September 23, 2009                    /s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE
25

26

27

28

                                        1