JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200   Facsimile: (510) 839-3882

RICHARD CRITCHLOW, Esq./ Sate Bar #37421
ROBERT DISKINT, Esq./ State Bar #88232
CRITCHLOW & DISKINT, LLP
100 Drakes Landing Road, Suite 305
Greenbrae, CA 94904
Telephone: (415) 925-1000   Facsimile: (415) 925-0444

Attorneys for Plaintiffs

Dan Farrar, Esq. SBN 155217
Attorney at law
P.O. Box 3382
Turlock, CA 95381
Telephone: (209) 634-5500   Facsimile: (209) 634-5556

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARCIA, JR, individually, and as Personal Representative of the Estate of Ramiro Garcia; R.G., a minor, by and through her Guardian Ad Litem, Corina Torrez; RUBEN GARCIA; and ALICIA GARCIA, | Case No. 1-07-cv-01376 LJO SMS<br><br>**STIPULATION CONTINUNING ATTORNEYS' FEES MOTION AND HEARING** |
| Plaintiffs, | Trial date: September 14, 2009 |
| vs. | Department 4 |
| S. WATSON, et al.<br>          Defendants.           / | Honorable Lawrence J. O'Neill |

STIPULATION AND (PROPOSED) ORDER
CONTINUING FILING DATE AND HEARING ON
ATTTORNEYS' FEES MOTION
CASE NO. 2-07-cv-01376 LJO SMS

1

**STIPULATION**

The parties to the above-entitled action hereby stipulate that the time for Plaintiffs' to file their motion for attorneys' fees and hearing on attorneys' fees be continued from the previous date set by the Court of December 4, 2009 for hearing, and attorneys' fees motion to be filed by October 23, 2009.  Plaintiffs' motion for attorneys' fees shall be filed no sooner than 60 days after post-trial motions are decided by the Court, for hearing scheduled no later than six weeks after the filing of Plaintiffs' motion for attorneys' fees.

Good cause for the proposed modification of the Court's post-trial motions schedule is based on the continuing accrual of attorneys' fees incurred in the course of litigating and arguing post-trial motions, as may be dependent on the outcome of any post-trial motions, avoiding duplication of efforts in filing multiple attorney fee applications, and any appeals that may arise from the disposition of post trial motions.

Respectfully submitted,

Dated:  October 2, 2009            ___/s/_____
Benjamin Nisenbaum
Attorney for Plaintiffs

Dated:  October __, 2009           ___/s/_____
Dan Farrar
Attorney for Defendants

**ORDER**

Pursuant to the Parties' Stipulation, good cause shown, the Court hereby orders that the time for Plaintiffs to file a motion for attorneys' fees, and any hearing on the attorneys' fees motion is hereby continued.  Any motion for attorneys' fees filed by Plaintiffs shall be filed no later than 60 days after post trial motions are decided by this Court, with a hearing scheduled no later than six weeks from the date Plaintiffs' attorneys' fees motion is filed.

Dated:_October 8, 2009          _/s/ Lawrence J. O'Neill___
Honorable Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

STIPULATION AND (PROPOSED) ORDER
CONTINUING FILING DATE AND HEARING ON
ATTTORNEYS' FEES MOTION
CASE NO.  2-07-cv-01376 LJO SMS

2