DAN FARRAR
Attorney at Law
SBN 155217
P.O. Box 3382
Turlock CA 95381-3382
Telephone (209)634-5500
Facsimile (209)634-5556

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Ramiro Garcia, Jr., et al,

   Plaintiffs,

vs.

County of Stanislaus, et al,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

No.   1:07-CV-01376-LJO-SMS

Order Amending Post Trial Briefing Schedule

  Good cause appearing, it is ordered that the post-trial briefing schedule is amended as follows:

Post trial briefs must be filed by November 6, 2009;

Opposing documents must be filed by November 20, 2009; and

The hearing on post-trial motions will be held December 4, 2009 at 1:00 p.m.

Plaintiffs' motion regarding attorney fees must be filed within three weeks of the date the Court issues its ruling on the post-trial motions.

  IT IS SO ORDERED.

**Dated:   October 22, 2009**     /s/ Lawrence J. O'Neill
                 UNITED STATES DISTRICT JUDGE

---

**Proposed Order Amending Post-Trial Schedule** 1