JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200   Facsimile:  (510) 839-3882

RICHARD CRITCHLOW, Esq./ Sate Bar #37421
ROBERT DISKINT, Esq./ State Bar #88232
CRITCHLOW & DISKINT, LLP
100 Drakes Landing Road, Suite 305
Greenbrae, CA 94904
Telephone: (415) 925-1000   Facsimile:  (415) 925-0444

Attorneys for Plaintiffs

Dan Farrar, Esq. SBN 155217
Attorney at law
P.O. Box 3382
Turlock, CA 95381
Telephone:  (209) 634-5500   Facsimile: (209) 634-5556

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARCIA, JR, individually, and as Personal Representative of the Estate of Ramiro Garcia; R.G., a minor, by and through her Guardian Ad Litem, Corina Torrez; RUBEN GARCIA; and ALICIA GARCIA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>S. WATSON, et al.<br>                            Defendants.<br>_____ / | Case No.  1-07-CV-01376 LJO SMS<br><br>**STIPULATION AND ORDER DISMISSING CASE PURSUANT TO EXECUTION OF SETTLEMENT AGREEMENT**<br><br><br>Honorable Lawrence J. O'Neill |

STIPULATION AND (PROPOSED) ORDER
DISMISSING CASE WITH PREJUDICE PURSUANT
TO SETTLEMENT
CASE NO.  1-07-cv-01376 LJO SMS

**1**

## STIPULATION

PURSUANT TO THE EXECUTION OF THE PARTIES' SETTLEMENT, Plaintiff hereby dismisses this action with prejudice pursuant to FRCP 41(a)(1).

Respectfully submitted,

Dated:  November 24, 2009         _____/s/_____
　　　　　　　　　　　　　　　　　Ben Nisenbaum
　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

Dated:  November 24, 2009         _____/s/_____
　　　　　　　　　　　　　　　　　Dan Farrar
　　　　　　　　　　　　　　　　　Attorney for Defendants

## ORDER

**Pursuant to stipulation, t**his action is hereby dismissed with prejudice, pursuant to the terms of the settlement agreement in this matter.

IT IS SO ORDERED.

**Dated:   November 30, 2009**          /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE